UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-23333-DPG

DARIO JOSE JARQUIN REYES and all others similarly situated under 29 U.SC. 216(b),

    Plaintiff,

v.

LA CANASTA LATINA CORP, ROBERTA K CHAVEZ,

    Defendants.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY stipulated by and between the undersigned counsel that Keri Lynda Horvat, Esq., be substituted as counsel of record for Defendants, LA CANASTA LATINA CORP and ROBERTA K CHAVEZ, in place of Adi Amit Esq. and Natalie P. Mescolotto, Esq., and the law firm of Lubell & Rosen LLC, and that service of all pleadings, notices and other papers in this matter be sent to Keri Lynda Horvat, Esq.

Dated: March 10, 2016

| | |
|---|---|
| /s/ Adi Amit_____ | /s/ Keri Lynda Horvat_____ |
| Adi Amit, Esq. | Keri Lynda Horvat, Esq. |
| Fla. Bar No. 35257 | Fla. Bar No. 107182 |
| LUBELL & ROSEN, LLC | The Horvat Law Firm, PLLC |
| 200 S. Andrews Ave | 2525 Ponce de Leon Boulevard, Suite 300 |
| Suite 900 | Coral Gables, Florida 33134 |
| Ft. Lauderdale, FL 33301 | klynda@horvatlawfirm.com |
| adi@lubellrosen.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Dario Reyes v. La Canasta Latina Corp, et al.,*
S.D. Fla. Case No. 1:15-cv-23333-DPG

Stephen Michael Fox, Jr., Esq.
Allison Greer Kutner, Esq.
Jamie H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
33301Miami Beach, FL 33141
stephen.fox.esq@gmail.com
amorgado.jhzidell@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
Natalie P. Mescolotto, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida
adi@lubellrosen.com
npm@lubellrosen.com
*Counsel for Defendants*